# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRET MAIDEN,<br><br>                      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, JOB CORPS and JAMES M. BOND, and DOES I-V, unknown parties,<br><br>                      Defendants. | Docket No.<br><br>**COMPLAINT** |

COMES NOW, Plaintiff Bret Maiden, by and through his attorney of record, Scott Lundgreen, Johnson & Lundgreen, P.C., and for a cause of action against the above-named Defendants, complains and alleges as follows:

1. The Plaintiff is a citizen of the State of Idaho. Defendant James M. Bond is a citizen of the State of Idaho.

2. The Bureau of Reclamation, the Department of the Interior and Job Corps are entities of the United States of America.

3. The amount of controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

**COMPLAINT FOR NEGLIGENCE - 1**

4. On November 15, 2007, at Nampa, Idaho, Defendant James M. Bond negligently drove a motor vehicle belonging to Job Corps against Plaintiff.

5. At the time of the accident, Defendant James M. Bond was an employee of Job Corps and was in the course and scope of his employment the Bureau of Reclamation, United States Department of the Interior.

6. On November 15, 2007, Mr. Bond turned left in front of the vehicle that Plaintiff was occupying causing an impact between the two (2) vehicles.

7. Defendants had a duty to operate this vehicle in a safe and lawful manner and breached that duty by failing to yield, driving inattentively, driving too fast for conditions and failing to obey a traffic control device.

8. As a result of Defendant's negligence, the Plaintiff was physically injured, lost income, suffered physical and mental pain, and incurred medical expenses.

9. Plaintiff has been required to incur costs and hire an attorney and seeks to recover all such expenses available under Federal and State Law.

10. A timely Tort Claim Notice was filed with the Department of the Interior and was denied.

WHEREFORE, the Plaintiff prays for judgment against Defendants for:

1. $245,000.00 for all damages or an amount to be proven at trial;

2. Costs and attorney fees;

3. For such other and further relief as the Court deems equitable and just.

**COMPLAINT FOR NEGLIGENCE - 2**

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury composed of no less than twelve (12) persons on all issues so triable, pursuant to Federal Rules of Civil Procedure 38(b).

DATED this 13th day of November, 2009.

JOHNSON & LUNDGREEN, P.C.

By /s/ *signature*
Scott Lundgreen
Attorney for Plaintiff
121 N. 9th Street, Suite 302
Boise, ID 83702
(208) 376-5256